| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Michael J. Milstead<br>Attorney ID: 021031989<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231448-1<br>Attorneys for Secured Creditor: Bank of America, N.A. | |
| In Re:<br><br>Jagdev Singh | Case No.: 22-12335-CMG<br>Chapter 13<br><br>Judge: Christine M. Gravelle |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Bank of America, N.A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    Michael J. Milstead, Esquire
    Milstead & Associates, LLC
    1 E. Stow Road
    Marlton, NJ 08053

DOCUMENTS:
    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
    ☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: May 3, 2022 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/ *Michael J. Milstead*<br>Michael J. Milstead, Esquire<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231448-1<br>Attorneys for Secured Creditor |