**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on July 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-020416-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee, Secured Creditor

Case No.: **22-12335-CMG**

Chapter 13

Judge Christine M. Gravelle

In Re:

**Jagdev Singh**

Debtor(s).

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION
## TO CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**

**DATED: July 26, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Jagdev Singh
Case No.: 22-12335-CMG
Caption of Order: Order Resolving Secured Creditor's Objection to Chapter 13 Plan

This matter having been brought before the Court by Jagdev Singh (the "Debtor(s)") by and through counsel, Low & Low, with the filing of a proposed Chapter 13 Plan, and an objection to confirmation of the Plan having been filed by Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee (the "Secured Creditor"), who holds a mortgage on the real property located at 635 Inman Avenue, Woodbridge Twp, NJ 07067 (the "Subject Property"), and this Court having considered the submissions of the parties and the parties having addressed the objection, and for good cause having been shown; it is ORDERED

1. That Secured Creditor's objection to confirmation is hereby overruled subject to the following conditions.

2. That the arrearage claims of Secured Creditor, as reflected in Secured Creditor's filed Proof of Claim, shall be paid in full through any confirmed Plan.

3. That should the Debtor(s) file a Modified Plan in the future, this Order shall apply to any confirmed Modified Plan.

4. That Secured Creditor retains the right to object to any proposed Modified plan.

5. That Debtor(s) shall make all post-petition payments in accordance with the terms of the Note, Mortgage, and any Notice of Mortgage Payment Change or Loan Modification agreed to between the Secured Creditor and the Debtor(s).

6. That Debtor(s) retain(s) the right to object to Secured Creditor's Proof of Claim and any Notice of Mortgage Payment Change.

7. In the event this case is converted to Chapter 7, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion to bring the account contractually current.

8. If the loan is not brought current within ten (10) days of any conversion to Chapter 7, then

Debtor: Jagdev Singh
Case No.: 22-12335-CMG
Caption of Order: Order Resolving Secured Creditor's Objection to Chapter 13 Plan

the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Subject Property by filing with the Bankruptcy Court a Certification of Default specifying the failure to comply with this Order.

9. Any Certification of Default filed pursuant to the Order shall be served on any Trustee, the Debtor(s) and Counsel for the Debtor(s).