Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  22−12335−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jagdev Singh
   635 Inman Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−1079

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 25, 2022.

Dated: July 25, 2022
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jagdev Singh  
      Debtor

Case No. 22-12335-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 25, 2022      Form ID: plncf13      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jagdev Singh, 635 Inman Avenue, Colonia, NJ 07067-1017 |
| 519579662 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519640253 | + | HMG-JFK-MEDICAL CENTER, ATTN: Wakefield & Associates, PO Box 50250, Knoxville, TN 37950-0250 |
| 519585493 | + | Towd Point Mortgage Trust 2019-1, U.S. Bank Nation, c/o Frenkel Lambert et al, 53 Gibson St, Bay Shore, NY 11706-8369 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519537979 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2022 20:44:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519537978 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2022 20:44:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519537980 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2022 20:44:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519624369 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2022 20:44:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519537982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:39 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519537987 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:39 | CITICORP, CITICORP/ ATTN: CENTRALIZED BANKRUPTCY, PO BOX 20507, KANSAS CITY, MO 64195 |
| 519537983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:14 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519537984 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:39 | CITIBANK/EXXON MOBILE, ATTN: BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519537985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:28 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519548868 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2022 20:44:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02911 |
| 519640254 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:24 | Capital One, PO Box 6492, Carol Stream, IL |

Case 22-12335-CMG    Doc 28    Filed 07/27/22    Entered 07/28/22 00:14:46    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 25, 2022 | Form ID: plncf13 | Total Noticed: 36 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 60197-6492 |
| 519622374 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519537988 | + | Email/Text: mrdiscen@discover.com | Jul 25 2022 20:44:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519542476 | | Email/Text: mrdiscen@discover.com | Jul 25 2022 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519551531 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 25 2022 20:44:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519537989 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 25 2022 20:44:00 | HSBC BANK, ATTN: BANKRUPTCY, PO BOX 2013, BUFFALO, NY 14240-2013 |
| 519555383 | + | Email/Text: RASEBN@raslg.com | Jul 25 2022 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519621399 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2022 20:49:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519622907 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519628124 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:05 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519537990 | + | Email/Text: DeftBkr@santander.us | Jul 25 2022 20:44:00 | SANTANDER BANK, 10-64-38-FD7, 601 PENN STREET, READING, PA 19601-3563 |
| 519537991 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 25 2022 20:45:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519537992 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:04 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519537993 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:04 | SYNCHRONY BANK/6TH AVE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519537994 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:24 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519537995 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:24 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519538816 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519537997 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 25 2022 20:45:00 | US BANK, ATTN: BANKRUPTCY, 800 NICOLLET MALL, MINNEAPOLIS, MN 55402 |
| 519537998 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 25 2022 20:49:29 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 519557165 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 25 2022 20:59:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 22-12335-CMG    Doc 28    Filed 07/27/22    Entered 07/28/22 00:14:46    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: plncf13 | Total Noticed: 36 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519537981 | *+ | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519537986 | *+ | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519537996 | *+ | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519537999 | *+ | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Towd Point Mortgage Trust 2019-1 U.S. Bank National Association, as Indenture Trustee dmcdonough@flwlaw.com |
| Michael J. Milstead | on behalf of Creditor BANK OF AMERICA N.A. michael@milsteadlaw.com |
| Russell L. Low | on behalf of Debtor Jagdev Singh ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6